NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CASCADES STREAMING TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

**v.**

**BIG TEN NETWORK, LLC,**
*Defendant-Appellee*

---

2018-1424

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:13-cv-01455, Judge Gary Feinerman.

---

## JUDGMENT

---

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for plaintiff-appellant.

MARTIN B. PAVANE, Cozen O'Connor, New York, NY, argued for defendant-appellee. Also represented by DARREN SCOTT MOGIL, ADAM J. SCHLATNER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 16, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |